

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2021

No. 04-20-00583-CV

Kevin **DOTY** and Elizabeth Doty,
Appellants

v.

Richard **DAVIDSON**,
Appellee

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-15-100
Honorable Baldemar Garza, Judge Presiding

# O R D E R

The Clerk's Notification of Late Record is hereby NOTED. The Clerk's Record is due on or before July 16, 2021. No further extensions, absent extraordinary circumstances.

It is so **ORDERED** on June 23, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court